IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-230 |
| | § | |
| MARCOS ALVARADO | § | |

**O R D E R**

Counsel for the defendant filed an unopposed motion to withdraw as counsel of record, (Docket Entry No. 17). The motion is GRANTED. Magistrate Judge Mary Milloy will appoint counsel to represent the defendant.

SIGNED on June 21, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge